'Supreme Court, New York Special Term. Reported. N. Y. L. J.,
December 30, 1902.

In the Matter of the Petition of PATRICK W. CULLINAN to Revoke
the Liquor Tax Certificate of HENRY ULMANN.

*Herbert H. Kellogg,* for petitioner.

*J. C. Guggenheimer,* for respondent.

LEVENTRITT, J.: Both violations charged are established. It
is practically undisputed that the door leading immediately into
the barroom was open on the Sunday in question, and that the
door was not necessary for the egress and ingress of the
respondent, the members of his family or his employees. This
was clearly in defiance of the provisions of section 31, subdivision
g, of the Liquor Tax Law. Even if their contradictions of each
other be disregarded, the story told by the witnesses of the
respondent as to the other offense is so extremely improbable that
it cannot be accepted as a truthful narration of the occurrence.
The claim that the police officer entered the premises and forcibly
grabbed a glass of beer from one of the persons whom the bar-
tender was entertaining on that Sunday afternoon is clearly an
afterthought, and cannot be reconciled with the bartender's plea
of guilty when arraigned at the Court of Special Sessions, and his
admission then made that the officer paid him for the beer.

The motion to cancel and revoke the license is granted with
costs.